PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Mar 11, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0051 WBS |
| Plaintiff, | 18 U.S.C. § 2314 – Interstate Transportation of Stolen Property (3 Counts) |
| v. | |
| PHILIP JAMES, | |
| Defendant. | |

# I N F O R M A T I O N

COUNTS ONE THROUGH THREE: [18 U.S.C. § 2314 – Interstate Transportation of Stolen Property]

The United States Attorney charges THAT:

PHILIP JAMES,

defendant herein, on or about the dates set forth below as to each count, in the State and Eastern District of California, transported, transmitted, and transferred in interstate commerce goods, wares, and merchandise of the value of $5,000 or more, that is Apple MacBooks, knowing the same to have been stolen:

| Count | Approximate Transportation Date | Approximate Value |
|---|---|---|
| 1 | January 19, 2019 | $15,360 |
| 2 | April 8, 2019 | $35,200 |
| 3 | May 29, 2019 | $23,375 |

All in violation of Title 18, United States Code, Sections 2 and 2314.

Dated: March 11, 2022

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Matthew Thuesen

MATTHEW THUESEN
Assistant United States Attorney

INFORMATION                               2

<u>**United States v. Philip James**</u>
**Penalties for Information**

**<u>Defendant</u>**
**Philip James**

**<u>COUNTS 1-3:</u>**

VIOLATION:   18 U.S.C. § 2314 – Interstate Transportation of Stolen Property

PENALTIES:   Up to 10 years of imprisonment, or fine up to $250,000, or both;
Up to 3 years of supervised release;
Restitution

SPECIAL ASSESSMENT: $100