PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00051-KJM |
|---|---|
| PLAINTIFF, | **MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| PHILIP JAMES, | [No Hearing Requested] |
| DEFENDANT. | |

The United States hereby moves for an order authorizing deposit(s) into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

1. The defendant signed a plea agreement that was entered on April 11, 2022 (the "Plea Agreement"). Dkt. No. 7. In accordance with the Plea Agreement, the defendant plead guilty to interstate transportation of stolen property in violation of 18 U.S.C. § 2314. Dkt. No. 8.

2. The sentencing hearing is currently scheduled for July 25, 2022. Id.

3. In the Plea Agreement, the defendant agrees to pay restitution in full in a combined amount of $2,748,697.00, a special assessment totaling $100.00, and a fine if one is imposed by the Court ("Criminal Monetary Penalties"). Dkt. No. 7.

4. The defendant has expressed his desire to pay some or all of the Criminal Monetary Penalties prior to sentencing.

5. The United States requests an order that provides that, on or before the date of the

defendant's sentencing, the defendant, or any individual or entity on the defendant's behalf, be permitted to make payments in partial or full satisfaction of the defendant's Criminal Monetary Penalties ("Deposit") to the Clerk of the Court as specified in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending the defendant's sentencing in this case, or upon further order of the Court.  The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated: ___June 9, 2022_____        By:    /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

**O R D E R**

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on the defendant's behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 2:22-CR-00051-KJM).

4. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall be transferred to the defendant's criminal case.

6. The Deposit shall be applied towards the defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: November 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE