ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PHILIP JAMES,<br><br>                              Defendant. | CASE NO.  2:22-cr-051 TLN<br><br>STIPULATION AND ORDER REGARDING STATUS CONFERENCE<br><br>DATE: August 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On March 11, 2022, the United States filed an Information charging James with three counts of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. ECF 1.

2.      On April 11, 2022, James pled guilty to one count of the Information. ECF 8.

3.      This matter currently is set for a status conference regarding sentencing on April 30, 2026. ECF 40.

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court continue the status conference regarding sentencing to August 27, 2026.

5.      Supervising United States Probation Officer Lynda Moore does not object to the parties'

STIPULATION AND ORDER REGARDING STATUS CONFERENCE

1

request.

**IT IS SO STIPULATED.**


Dated:  April 24, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ MATTHEW THUESEN
                                                    MATTHEW THUESEN
                                                    Assistant United States Attorney


Dated:  April 24, 2026                              /s/ DAVID FISCHER
                                                    DAVID FISCHER
                                                    KRESTA DALY
                                                    Counsel for Defendant
                                                    Philip James

## ORDER

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to August 27, 2026, at 9:30 a.m.


IT IS SO ORDERED this 27th day of April 2026.


_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING STATUS CONFERENCE

2