ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHILIP JAMES,<br>Defendant. | CASE NO. 2:22-cr-051 TLN<br><br>STIPULATION AND ORDER REGARDING STATUS CONFERENCE<br><br>DATE: August 27, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 11, 2022, the United States filed an Information charging James with three counts of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314. ECF 1.

2. On April 11, 2022, James pleaded guilty to one count of the Information. ECF 8.

3. This matter currently is set for a status conference regarding sentencing on August 27, 2026. ECF 42.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court continue the status conference regarding sentencing to December 17, 2026.

5. Supervising United States Probation Officer Lynda Moore does not object to the parties'

request.

**IT IS SO STIPULATED.**

Dated: August 21, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: August 21, 2026

/s/ DAVID FISCHER
DAVID FISCHER
KRESTA DALY
Counsel for Defendant
Philip James

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to December 17, 2026, at 9:30 a.m.

IT IS SO ORDERED this 24th day of August 2026.

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE